```
                                              FILED IN THE
                                          U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF WASHINGTON

                                             Jun 13, 2019

                                           SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.  2:19-CR-0099-WFN-1 |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| -vs- | |
| MANUEL JUAREZ-ZAVALA, | |
| Defendant. | |

Pending before the Court is the Government's Motion for Order of Dismissal Without Prejudice.  ECF No. 24.  The Court has reviewed the file and Motion and is fully informed.  Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Order of Dismissal Without Prejudice, filed June 11, 2019, **ECF No. 24**, is **GRANTED**.

2. The Indictment is **DISMISSED without prejudice**.

3. All pending hearings are **STRICKEN**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 13th day of June, 2019.

06-12-19

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER